UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KR WALTON COMPANY,

    Plaintiff/Counter-Defendant,

v.                              Case No. 17-cv-591-pp

SIGNICAST LLC,

    Defendant/Counter-Claimant.

**ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 27) AND DISMISSING CASE**

On March 12, 2018, the parties filed a stipulation for dismissal. Dkt. No. 27. The court **APPROVES** the stipulation, dkt. no. 27, and **ORDERS** that this case is **DISMISSED** with prejudice and without costs to any party.

Dated in Milwaukee, Wisconsin this 13th day of March, 2018.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **United States District Judge**